UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PEGGY YOUNG | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: DKC 08 CV 2586 ) |
| UNITED PARCEL SERVICE, INC., | ) ) |
| Defendants. | ) |

### Plaintiff's Local Rule 104.7 Certification

Counsel for Plaintiff Peggy Young certifies that she has conferred with counsel for Defendant UPS and has made sincere attempts to resolve the differences between them evidenced by the issues presented in Plaintiff's Motion to Compel Responses to Interrogatories and Document Requests filed herewith. Conferences were held by telephone on February 11, 2009, at 3:00 p.m., and on May 12, 2009, at noon. Each conference was attended by Plaintiff's counsel, Sharon Fast Gustafson, and Defendant's counsel, Emmett McGee and Eric Sherbine.

The issues continuing to require resolution by the Court are those issues discussed in the Rebuttal Memorandum in Support of Plaintiff's Motion to Compel Responses to Interrogatories and Document Requests. ( More extensive legal argument is included in Plaintiff's Memorandum in Support of her Motion to Compel.) As to one of the issues still in dispute -- the telephone numbers and addresses of some of the persons for whom such information was requested -- Counsel for UPS has agreed to provide that information. However, as of this date that information has not

yet been provided. At the beginning of the hearing on this motion, Plaintiff's counsel will advise the Court as to any disputes that have been resolved.

Respectfully submitted,

/S/ *[signature]*
Sharon Fast Gustafson
Virginia Bar No. 32800
4041 North 21st Street
Arlington, Virginia 22207-3040
(703) 527-0147 telephone
(703) 527-0582 telefacsimile
sf.gustafson@verizon.net

Attorney for Plaintiff
